UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| PATRICK MICHAEL DAYSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HERMAN MELVIN LANIER; LISA )<br>MARIE LANIER; MARK TIMOTHY )<br>SAIN; CITY OF RED LODGE, )<br>MONTANA; and DANIELLE BARNES, )<br>*Police Officer*, )<br>)<br>Defendants. ) | **JUDGMENT**<br>Case No. 4:14-CV-131-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on September 23, 2014, and for the reasons set forth more specifically therein, that this case is dismissed for lack of subject matter jurisdiction.

**This Judgment Filed and Entered on September 23, 2014, and Copies To:**

Patrick Michael Dayson (via U.S. Mail) 740 SE Greenville Blvd., Ste. 400-334,
Greenville, NC 27858

September 23, 2014          JULIE A. RICHARDS, CLERK
                            /s/ Christa N. Baker
                            (By) Christa N. Baker, Deputy Clerk